IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:18CB8 |
| vs. | Violation No.: NE2 6581079 |
| DARREN K. O'CONNOR, | ORDER TO REDUCE FINE AMOUNT |
| Defendant. | |

On the motion of the United States Attorney's Office, the Court accepts the payment $100.00 as full satisfaction of violation notice 6581079 NE-2 therefore reducing the fine amount from $105.00 to $100.00.

ORDERED this __24__ day of October, 2018.

BY THE COURT:

_Susan M Bazis_
SUSAN M. BAZIS
United States Magistrate Judge